CROW TRIBAL COURT
IN AND FOR THE CROW INDIAN RESERVATION
CROW AGENCY, MONTANA

| | |
|---|---|
| CROW TRIBE, ) | |
| ) | Cause No. **CR 2023-616** |
| Plaintiff, ) | |
| vs. ) | Associated Judge McDonald |
| ) | |
| **BRANDON LEE SIEMION,** ) | **ORDER TO DISMISS** |
| ) | **(With Prejudice)** |
| Defendant. ) | |

The Court, on Tuesday, March 12, 2024 at the hour of 10:00 a.m., having duly called this matter onto the record for hearing on the pending motions to dismiss filed by the Defendant, Brandon Lee Siemion, and with the Tribal Prosecutor not appearing or providing the Court with a reason for his absence, accordingly,

**IT IS HEREBY ORDERED** all counts contained in all criminal complaints in this matter are dismissed, with prejudice, in the interests of justice.

**IT IS FURTHER ORDERED** that any bail posted in this matter is exonerated.

DATED this _13th_ day of March, 2024.

_____
HON. WARREN MCDONALD
Associate Crow Tribal Judge

CC:
Defense Counsel
Tribal Prosecutor