## BASIS OF CLAIM

Federal Tort Claim Act
Administrative Claim – Supplement to SF-95 filed October 11, 2024
<u>Claimant</u>: Brandon Siemion

**Injuries caused by BIA-OJS officers acting within official scope of duties and authority on or about October 16, 2023**

<u>Location of tortious conduct</u>: White Buffalo Allotment (No. 2568-A) on Crow Indian Reservation near Fort Smith, Montana and at all locations wherein Mr. Siemion was held in custody by the BIA-OJS

<u>Time/Date of tortious conduct</u>: Early morning hours of October 16, 2023 (through time of release from custody) and in the timeframe immediately following until time of posting bail

_____

During the early morning hours of October 16, 2023, two armed law enforcement officers of the Bureau of Indian Affairs, Office of Justice Services entered the property owned by Brandon Lee Siemion and utilized as his primary residence, described as follows:

> **Brandon and Trisha Siemion Residence**
> **7625 Grapevine Rd.**
> **White Buffalo Allotment (No. 2568-A)**
> **Fort Smith, Montana 59035**

These two BIA-OJS officers were Matthew Segodi (Badge No. 690) and P. Spotted Bear (Badge No. 655).

The two BIA-OJS officers in question arrived at the Siemion Residence described herein during the early morning hours of October 16, 2023.  The BIA-OJS officers immediately announced to Mr. Siemion that he was under arrest, despite not having an arrest warrant.

Mr. Siemion gave verbal command to these officers to leave his property – relying on Montana law governing the rights of landowners, specifically as to law enforcement officers without judicial authorization to enter or remain on private property, which itself springs from the Fourth Amendment to the U.S. Constitution and Article II of the Montana Constitution.  The BIA-OJS officers refused and gave Mr. Siemion the false impression that they would be willing to collect a written statement from Mr. Siemion, therefore enticing Mr. Siemion to open the front door of his residence, immediately upon which the BIA-OJS officers entered his residence using force and effectuated an arrest of Mr. Siemion, causing physical injury to Mr. Siemion and major emotional and mental injury.

Importantly, at the time of the initial contact with Mr. Siemion, the BIA-OJS officers not only did not have any search warrant or arrest warrant, there was no actual charges filed and no exigency existed justifying a warrantless arrest on private property.

Following the arrest of Mr. Siemion, he was transported to the Crow-Northern Cheyenne Indian Health Service hospital in Crow Agency for medical clearance due to physical injuries and subsequently booked into custody at the Rocky Mountain Regional Detention Facility in Hardin, Montana.  Mr. Siemion was eventually released from custody following the posting of $2,700 cash bond late in the afternoon on October 16, 2023.

The BIA-OJS officers filed multiple criminal complaints against Mr. Siemion in the Crow Tribal Court with major legal deficiencies, as outlined in Mr. Siemion's motion to dismiss and brief in support filed on January 30, 2024.  The Crow Tribal Court later dismissed the pending criminal charges with prejudice on March 13, 2024.

Please reference the following materials for a fuller factual background to the circumstances surrounding the alleged tortious conduct carried out by the BIA-OJS officers:

> **--BIA police report by Officer Matthew Segodi (dated October 16, 2023)**
>
> **--Defendant's January 30, 2024 Motion to Dismiss and Brief in Support in Crow Tribal Court Cause No CR 2023-616, *Crow Tribe of Indians v. Brandon Lee Siemion***
>
> **--Letter to FBI Special Agent Larry McGrail dated October 30, 2023 (notice of legal representation, FTCA investigation)**
>
> **--March 13, 2024 Order to Dismiss with Prejudice in Crow Tribal Court Cause No. CR 2023-616, *Crow Tribe of Indians v. Brandon Lee Siemion***
>
> **--cell-phone video footage of the arrest by the BIA-OJS officers at the Siemion Residence taken by Trish Siemion, wife of Mr. Siemion**
>
> **--written statements of Mr. Siemion and Trish Siemion (previously presented to the Crow Tribal Prosecutor as defense discovery in Crow Tribal Court Cause No. CR 2023-616)**
>
> **--Indian Health Service records from October 16, 2023 emergency medical treatment provided to Mr. Siemion**

    In sum, these acts, transactions and/or omissions by the BIA-OJS officers acting within the official scope of their duties and authorities under Title 25, United States Code and authorizing Crow tribal law were the proximate cause of the injuries sustained and suffered by Mr. Siemion and identified in this administrative claim presented under the Federal Tort Claims Act.

**NOTICE OF RESERVATION OF LEGAL RIGHTS AND CLAIMS**:

Mr. Siemion formally gives notice to the United States Government of his reservation of all rights and claims as may arise under the Bad Men Clause of the 1868 Fort Laramie Treaty between the United States of America and Crow Tribe of Indians.