

# United States Department of the Interior

**BUREAU OF INDIAN AFFAIRS**
Washington, D.C. 20240

April 21, 2025

Gerald R. Harris
Attorney and Counselor at Law
(Montana Bar No. 11184)
P.O. Box 108
Saint Xaivier, Montana  59075

Email Gerald.Harris@Colorado.edu

RE: Administrative Claim of Brandon Siemion

Dear Mr. Harris:

This letter acknowledges receipt of the administrative claim you submitted to the Bureau of Indian Affairs, Office of Justice Services – District V Office for damages.  Your claim has been forwarded to the U.S. Department of the Interior, Office of the Solicitor, Torts Practice Branch for review and determination pursuant to the provisions of the Federal Tort Claims Act found at 28 U.S.C. §§ 2671-2680.  Regulations pertaining to the FTCA can be found at Title 28, Code of Federal Regulations, Part 14; and Title 43, Code of Federal Regulations, Part 22.

If you have any questions, you may contact me at (406) 657-5936, by email at Lenora.Nioce@bia.gov, or at the following address:

Us Department of the Interior
Bureau of Indian Affairs
Office of Justice Services
2021 4th Ave., North, Room 406
Billings, MT  59101


Sincerely,

**LENORA NIOCE**
Digitally signed by LENORA NIOCE
Date: 2025.04.22 13:11:39 -06'00'

Lenora Nioce
Special Agent in Charge


Cc: SOL, Jared Slade