

**United States Department of the Interior**
OFFICE OF THE SOLICITOR
Division of General Law, Torts Practice Branch
505 Marquette Ave N.E. Suite 1800
Albuquerque, NM 87102

SEP 0 4 2025

**Certified Mail Return Receipt Requested**

Gerald R. Harris, Esq.
P.O. Box 108
Saint Xavier, Montana 59075

    Re:    Administrative Claim of Brandon Siemion – Claim No. TPB-25-0389

Dear Mr. Harris:

By Tort Claim Form, dated October 11, 2024, you filed a Federal Tort administrative claim on behalf of Brandon Siemion against the Department of the Interior in a total claimed amount of $1,000,000 in personal injury damages. The Bureau of Indian Affairs received the tort claim on or about April 14, 2025. This claim was referred to the Office of the Solicitor for processing.

The claim submitted has been referred to me for determination under the Federal Tort Claims Act, codified as amended primarily at 28 U.S.C. §§ 2671-80 (2006), which authorizes the administrative settlement of claims for money damages against the United States for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

According to the submitted Standard Form 95 and attachments, this claim arises from the alleged arrest of Siemion by BIA police officers on October 16, 2023. After reviewing this claim, and the applicable law, I find this claim payable in the amount of **$5,000**, subject to the availability of funds appropriated by Congress for that purpose

Enclosed with this letter is a voucher for payment. If you are satisfied with this determination, the enclosed Voucher for Payment should be signed and dated as indicated. **Please note that acceptance of the award is a release against the Government from any further claim for damages you or your assigns may have as a result of this incident.** Payment will be by electronic funds transfer,[1] please provide the banking information in Section 2. You must also provide a Tax ID Number as described in Section 6. **Please return the forms by email to**

---

[1] 31 C.F.R. § 206.4 directs that payments will be made by EFT whenever cost-effective, practical

and consistent with the law, unless another payment mechanism can be justified.

jared.slade@sol.doi.gov. If you opt to return the forms by U.S. mail, please send to this office at the address above.

If you are dissatisfied with the amount of the award, you may submit to this office a written request for reconsideration within six months after the date of mailing of this letter, or you may, within that same period of time, file suit in an appropriate United States District Court. The decision announced in this letter is final unless reconsideration is requested or suit is filed within the six-month period.

Should you have any questions regarding this decision, please contact me at, at jared.slade@sol.doi.gov.

Sincerely,

JARED SLADE
Digitally signed by JARED SLADE
Date: 2025.09.04 08:47:25 -06'00'

Jared Slade
Acting Assistant Solicitor
Torts Practice Branch
Department of the Interior
Division of General Law

cc: Lenora Nioce, Special Agent in Charge, BIA OJS District V