## NATURE AND EXTENT OF INJURY

Federal Tort Claim Act
Administrative Claim – Supplement to SF-95 filed October 11, 2024
<u>Claimant</u>: Brandon Siemion

**Injuries caused by BIA-OJS officers acting within official scope of duties and authority on or about October 16, 2023**

<u>Location of tortious conduct</u>: White Buffalo Allotment (No. 2568-A) on Crow Indian Reservation near Fort Smith, Montana and at all locations wherein Mr. Siemion was held in custody by the BIA-OJS

<u>Time/Date of tortious conduct</u>: Early morning hours of October 16, 2023 (through time of release from custody) and in the timeframe immediately following until time of posting bail

1. **Fraudulent Misrepresentation (Law of the Place: Montana State Law; intentional tort if committed by private person)**

   <u>Supporting Evidence</u>: During the early morning hours of October 16, 2023, BIA-OJS officers (Segodi and Spotted Bear) lied to Mr. Siemion regarding their feigned purpose to provide form to Mr. Siemion for written statement to give his version of events of October 15, 2023 when, in fact, BIA-OJS officers intended to effectuate warrantless arrest of Mr. Siemion without justification under any judicially-recognized exception to warrant requirement.

2. **Trespass to Real Property (Law of the Place: Montana State Law; intentional tort if committed by private person)**

   <u>Supporting Evidence</u>: During the early morning hours of October 16, 2023, BIA-OJS officers (Segodi and Spotted Bear) entered and remained on the real property owned and controlled by Mr. Siemion on a false premise and without legal authorization or judicial authorization pursuant to law.  BIA-OJS officers were ordered by Mr. Siemion to leave his property and refused to do so without legal authority and remained with permission of Mr. Siemion on a fraudulent basis.

3. **Assault and Battery (Law of the Place: Montana State Law; intentional tort if committed by private person)**

   <u>Supporting Evidence</u>: During the early morning hours of October 16, 2023, BIA-OJS officers (Segodi and Spotted Bear) effectuated a warrantless arrest without legal justification on Mr. Siemion in his place of residence.

4. **False Imprisonment  (Law of the Place: Montana State Law; intentional tort if committed by private person)**

<u>Supporting Evidence</u>: During the early morning hours of October 16, 2023, BIA-OJS officers (Segodi and Spotted Bear) effectuated a warrantless arrest without legal justification on Mr. Siemion in his place of residence.  Mr. Siemion was subsequently held incarcerated by the BIA-OJS and required to post bail in order to be released.  The criminal complaints filed against Mr. Siemion violated Crow tribal law and were legally invalid.

<u>Legal injury suffered</u>: Pain and suffering, past and future, including but not limited to emotional and mental suffering and distress, physical pain and injury and loss of enjoyment of life.

<u>Total Legal Damages Claim</u>: One-million dollars ($1,000,000.00)