## AUTHORIZATION TO FILE FEDERAL TORT CLAIM

I, Brandon Siemion, hereby my signature below, do authorize Gerald "Jay" Harris, attorney and counselor at law, to take all necessary and proper actions to file and prosecute a federal tort claim on my behalf for such unlawful acts carried out by officers of the Bureau of Indian Affairs acting within the scope of their authority on or about October 15 and 16, 2023 and which caused injuries to myself and my property.

Signed: _____  1-21-26
Brandon Siemion                          Date

Agreement to file and prosecute federal tort claim in accordance with authorization above.

Signed: _____  1/21/2026
Gerald "Jay" Harris                      Date