**NOTICE OF RESERVATION OF CLAIMS**

TO:	UNITED STATES DEPARTMENT OF INTERIOR
	BUREAU OF INDIAN AFFAIRS – OFFICE OF JUSTICE SERVICES

	OFFICE OF THE SOLICITOR
	BILLINGS, MONTANA FIELD SOLICITOR

FROM:	Gerald "Jay" Harris
	P.O. Box 108
	Saint Xavier, Montana 59075
	Counsel for Brandon Siemion

Date:	May 5, 2024


This administrative claim submitted to the Bureau of Indian Affairs on behalf of Brandon Siemion in made pursuant to the Federal Tort Claims Act and shall not in any way or manner implicate or disparage any rights and claims Mr. Siemion may have under other federal law, including but not limited to an action arising under the Fourth Amendment pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) and/or Article I (the "Bad Men" Clause) of the 1868 Fort Laramie Treaty between the Crow Tribe and the United States of America, 15 Stat. 649.

ONLY UPON FULL AND FINAL JUDGMENT OR SETTLEMENT SHALL THESE RIGHTS OR CLAIMS BE SATISFIED.